1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

15

**FOR THE DISTRICT OF NEVADA**

16

17  SMOG 'N GO, LLC, a Utah limited          CASE NO.  3:14-cv-00387
    liability company,
18                                           **ORDER DISMISSING**
                                             **ACTION WITH PREJUDICE**
        Plaintiff,
19

20  v.

21
    SMOG 'N GO, LLC, a Nevada limited
22  liability company; CHARLES J. TIDD, an
    individual; PATRICK D. STOCKSTILL;
23  an individual; and DOES 1 through 50,
    inclusive,
24
        Defendants.
25

26
27
28

1    WHEREAS, on July 23, 2014, Plaintiff SMOG 'N GO, LLC, a Utah limited liability company ("Plaintiff"), filed a complaint alleging that Defendants SMOG 'N GO, LLC, a Nevada limited liability company, CHARLES J. TIDD, an individual, and PATRICK D. STOCKSTILL, an individual (collectively, "Defendants"), infringed Plaintiff's "Smog 'N Go" service mark registered with the United States Patent and Trademark Office. (Dkt. No. 1)

WHEREAS, on August 21 and 25, 2014, Defendants waived service of the summons and complaint. (Dkt. Nos. 8-10.)

WHEREAS, Defendants have not appeared in the instant lawsuit.

WHEREAS, during the pendency of the lawsuit, Defendant SMOG 'N GO, LLC, a Nevada limited liability company, changed its name to SmogCheckNV and Renewal, LLC, a Nevada limited liability company;

WHEREAS, Plaintiff and Defendants have now agreed to settle the case pursuant to a written Settlement Agreement;

WHEREAS, pursuant to the Settlement Agreement, Plaintiff has agreed to dismiss its claims in this action against Defendants with prejudice;

WHEREAS, pursuant to the Settlement Agreement, Plaintiff and Defendants agree that they each will bear their own costs and attorneys' fees incurred during and in connection with this action;

THEREFORE, Plaintiff, by and through its undersigned counsel of record, hereby requests that the Court order that:

1.   Plaintiff's claims in this action against Defendants be dismissed with prejudice.

2.   Plaintiff and Defendants each bear their own attorneys' fees and costs in connection with this action.

3.   This Court retain jurisdiction, pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), over the Settlement Agreement entered into by Plaintiff and Defendants. The parties may petition the court to re-open the case for the limited purpose of enforcing the Settlement Agreement.

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the court hereby ORDERS as follows:

1. Plaintiff's claims in this action against Defendants are hereby dismissed with prejudice.

2. Plaintiff and Defendants each shall bear their own attorneys' fees and costs in connection with this action.

3. Pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), this court will retain jurisdiction over the Settlement Agreement entered into by Plaintiff and Defendants. The parties may petition the court to re-open the case for the limited purpose of enforcing the Settlement Agreement.

IT IS SO ORDERED.

DATED: October 16, 2014

_____
HON. HOWARD D. MCKIBBEN
United States District Court

- 3 -